**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 28 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEANE GREGORY, | No. 21-16853 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-00877-GMS |
| v. | |
| GUST ROSENFELD PLC; MARICOPA COUNTY ATTORNEY; SUPERIOR COURT OF ARIZONA, Maricopa County; ARIZONA STATE BAR, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted June 15, 2022**

Before:    SILVERMAN, WATFORD, and FORREST, Circuit Judges.

Jeane Gregory appeals pro se from the district court's judgment dismissing

for failure to comply with a court order her diversity action alleging claims arising

out of a probate proceeding.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

    *    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review for an abuse of discretion. *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002). We affirm.

The district court did not abuse its discretion in dismissing Gregory's action under Federal Rule of Civil Procedure 41(b) after Gregory failed to file an amended complaint as ordered, despite being warned that failure to do so would result in dismissal. *See id.* at 641-43 (discussing factors to consider in determining whether to dismiss for failure to comply with a court order; this court may review the record independently to determine if the district court abused its discretion).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Gregory's motions for entry of default (Docket Entry Nos. 11, 12, 13, 14, and 16) are denied.

**AFFIRMED.**